UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61410-CIV-ALTONAGA/Strauss

UNITED STATES, *ex rel.*
VICTORIA HABLITZEL,

      Plaintiff,

v.

ALL IN JETS, LLC; *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff, the United States' Notice of Election to Intervene and Request to Lift Seal [ECF No. 18].  Plaintiff has notified the Court of its election to intervene in this action for settlement purposes.  (*See id.* 1).  Being fully advised, it is

**ORDERED** that Plaintiff, the United States' Notice of Election to Intervene and Request to Lift Seal **[ECF No. 18]** is **GRANTED**.  The Clerk shall **UNSEAL** the Qui Tam Complaint **[ECF No. 2]**, the Notice **[ECF No. 18]**, and this Order **[ECF No. 19]**.  All other pre-existing filings in this case shall remain under seal, and the case remains closed.  All future filings in this case after the date of this Order shall be unsealed.  The parties must file a stipulation for dismissal within **sixty (60)** days of the date of this Order.

**DONE AND ORDERED** in Miami, Florida, this 26th day of August, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record