UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61410-CIV-ALTONAGA/Strauss

UNITED STATES, *ex rel.*
VICTORIA HABLITZEL,

    Plaintiff,

v.

ALL IN JETS, LLC; *et al.*,

    Defendants.
_____/

### ORDER

Pursuant to Fed. R. Civ. P. 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the August 25, 2021 Settlement Agreement among the United States, Seth A. Bernstein, and Relator Victoria Hablitzel (the "Settlement Agreement"), the parties have filed a Stipulation of Dismissal [ECF No. 21]. Upon consideration of the Stipulation, and the papers on file in this action, it is

**ORDERED AND ADJUDGED** that this case is:

1. dismissed with prejudice to the United States and Relator for the Covered Conduct set forth in the Settlement Agreement as to Bernstein;

2. dismissed with prejudice to the Relator and without prejudice to the United States as to Bernstein for all conduct other than the Covered Conduct set forth in the Settlement Agreement; and

3. dismissed with prejudice to the Relator and without prejudice to the United States as to All in Jets, LLC.

CASE NO. 20-61410-CIV-ALTONAGA

If the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must file a copy on the docket. The Clerk shall mark this case as Closed.

**DONE AND ORDERED** in Miami, Florida, this 1st day of September, 2021.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record